## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>SEARCH WARRANT<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:26–mj–02004<br><br>**NOTICE TO FILER OF DEFICIENCIES IN CRIMINAL DUTY MATTERS E-FILING PILOT PROJECT CASE** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed case/document:

| 4/6/2026 | 1 | |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT**

‗   **NOT A PILOT PROJECT MATTER**
The document you filed is not included in the pilot project established by General Order 19-01. Email the filings to the appropriate division for processing. This case has been administratively closed. Documents filed in this case after the issuance of this notice will not be reviewed.

X   **INCORRECT OR NO CASE NUMBER ON DOCUMENT**
The caption of the document you filed indicates a case number different than that of the case in which you filed it. Please file, under the same case number, an amended document displaying the correct case number. Once the correction has been made, intake process will be completed. If no action is taken within thirty days, this case will be administratively closed.

‗   **PROPOSED ORDER NOT SUBMITTED WITH APPLICATION**
If the application is to be reviewed by a magistrate judge, please e-mail a copy of the proposed order to the appropriate Magistrate Judge's Criminal Duty Chambers e-mail address (unless previously directed otherwise, the magistrate judge assigned to document duty the day the application was filed). If the application is to be reviewed by a district judge, please e-mail a copy of the proposed order to the assigned District Judge's Chambers e-mail address.

‗   **OTHER:**

Clerk, U.S. District Court

Date: April 6, 2026

By: /s/ *Krisia J Martinez*
Deputy Clerk